

# Fourth Court of Appeals
## San Antonio, Texas

January 25, 2023

No. 04-22-00748-CR

**IN RE** David Gene **BECKA**

Original Proceeding[1]

**ORDER**

On November 4, 2022, relator filed a petition for writ of mandamus and prohibition complaining about a Bexar County residency requirement imposed as a bond condition in the trial court's order titled "Special Conditions of Release on Bond." Relator also filed an emergency motion for stay, which we granted in part on November 4, 2022. We requested responses from the trial court and real party in interest.

On December 13, 2022, the trial court filed a response revealing it signed an order on November 17, 2022, which allows relator to reside in Austin, Texas while out on bond—the relief he seeks through his petition. Accordingly, an order from this court will have no practical effect because there is nothing to mandamus. *See In re Bonilla*, 424 S.W.3d 528, 534 (Tex. Crim. App. 2014) (orig. proceeding) (dismissing petition because relief sought had become moot). Because relator has received the relief requested in his petition, we **DISMISS** the petition as moot. The stay imposed on November 4, 2022 is **LIFTED**.

It is so **ORDERED** on January 25, 2023.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of January, 2023.

_Michael A. Cruz_
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2019-CR-1257, styled *The State of Texas vs. David Becka*, pending in the 144th Judicial District Court, Bexar County, Texas, the Honorable Andrew Wyatt Carruthers presiding.